

# NUMBER 13-25-00540-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF M.C.J. AND E.J.J., CHILDREN

## ON APPEAL FROM THE 267TH DISTRICT COURT
## OF VICTORIA COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on its own motion. On October 22, 2025, appellant J.S.[1] filed a notice of appeal attempting to appeal an order terminating her parental rights to her children in trial court cause number 24-08-91475-C. On September 23, 2025, the trial court signed an amended order of termination. On October 24, 2025, the Court

---

[1] To protect the identities of the children subject to this suit, we refer to the children and their relatives by initials and pseudonyms. *See* TEX. FAM. CODE ANN. § 109.002(d); TEX. R. APP. P. 9.8(b)(2).

notified appellant that it appeared that the appeal was not timely perfected. *See* TEX. R. APP. P. 26.1(b). Appellant was advised that the appeal would be dismissed if the defect was not corrected. *See* TEX. R. APP. P. 26.3, 37.3, 42.3(a), (c).

In suits where the termination of parental rights is in issue, an appeal of a final order is governed by the rules for accelerated appeals in civil cases. *See* TEX. FAM. CODE ANN. §§ 109.002(a), 263.405(a); TEX. R. APP. P. 28.4. In such suits the notice of appeal is due twenty days after the judgment is signed. TEX. R. APP. P. 26.1(b). Post-trial motions or requests for findings of fact or conclusions of law do not extend the deadline to perfect the appeal. *Id.* R. 28.1(b). The appellate court may extend the time to file the notice of appeal if, within fifteen days after the deadline for filing the notice of appeal, the party files the notice of appeal in the trial court and files in the appellate court a motion for extension of time that complies with the appellate rules. *Id.* R. 26.3; *see In re K.A.F.*, 160 S.W.3d 923, 926–27 (Tex. 2005). However, we are prohibited from enlarging the scope of our jurisdiction by enlarging the time for perfecting an appeal in a civil case in a manner not provided for by rule. *See* TEX. R. APP. P. 2; *In re T.W.*, 89 S.W.3d 641, 642 (Tex. App.—Amarillo 2002, no pet.).

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18, 619 (1997) (construing the predecessor to Rule 26). Here, appellant's notice of appeal was filed within the fifteen-day grace period provided by Rule 26.3. However, appellant must provide a reasonable

2

explanation for the late filing: it is not enough to simply file a notice of appeal. *Id*.; *Woodard v. Higgins*, 140 S.W.3d 462, 462 (Tex. App.—Amarillo 2004, no pet.). Appellant's notice of appeal provides no explanation for the late filing. In addition, appellant did not file a motion for extension of time to file her notice of appeal providing a reasonable explanation for the late filing, and the time to do so has expired. *See* TEX. R. APP. P. 26.3.

Rule 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of jurisdiction or for failure to comply with a requirement of the appellate rules. *See id.* R. 42.3(a), (c). Rule 2 authorizes an appellate court to suspend a rule's operation in a particular case to expedite a decision. *See id.* R. 2. Because appellant's notice of appeal was untimely, we lack jurisdiction and are not authorized to extend the time for perfecting an appeal except as provided by Texas Rules of Appellate Procedure 26.1 and 26.3. *See id*. R. 26. We suspend Rule 42.3's requirement of ten days' notice to all parties and dismiss the appeal for want of jurisdiction on our own motion. *See id.* R. 2, 42.3(a), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
31st day of October, 2025.